UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BENJAMIN F. ELLIS,

   Plaintiff,

  v.

R. BROWN, et al.,

   Defendants.

No.  2:21-cv-1635-WBS-EFB (PC)

ORDER

   Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.  On June 13, 2022, the court issued findings and recommendations to dismiss this action for failure to state a claim upon which relief could be granted.  ECF No. 13.

   Plaintiff has since filed objections to the findings and recommendations, wherein he seeks leave to amend to state a claim against Warden Burton under the Americans with Disabilities Act ("ADA") for failing to house plaintiff in an ADA compliant cell.  ECF No. 14.  To state an ADA claim against a public entity, plaintiff must allege that "(1) [he] is a qualified individual with a disability; (2) [he] was excluded from participation in or otherwise discriminated against with regard to a public entity's services, programs, or activities; and (3) such exclusion or discrimination was by reason of [his] disability." *Lovell v. Chandler*, 303 F.3d 1039, 1052 (9th Cir. 2002).  To state an ADA claim, plaintiff must do more than simply re-label the allegations previously found to be insufficient to state an Eighth Amendment deliberate indifference to

medical needs claim. "The ADA prohibits discrimination *because* of disability, not inadequate treatment for disability." *Simmons v. Navajo Cty*, 609 F.3d 1011, 1022 (9th Cir. 2010) (emphasis added) (citing *Bryant v. Madigan*, 84 F.3d 246, 249 (7th Cir. 1996). Thus, an ADA claim requires a showing that plaintiff was discriminated against because of his alleged disability.

Although it appears unlikely that plaintiff can state a cognizable ADA claim, the court will, in an abundance of caution, afford plaintiff a final opportunity to amend. The court will hold the June 13, 2022 findings and recommendations in abeyance to allow plaintiff an opportunity to file a second amended complaint alleging an ADA violation.

Accordingly, IT IS HEREBY ORDERED that plaintiff's objections (ECF No. 14), which request leave to file an amended complaint, are granted to the extent that plaintiff shall have another thirty days within which to file a second amended complaint alleging an ADA violation. Should plaintiff fail to comply with this order, the findings and recommendations will be submitted to the district judge for consideration.

Dated: August 19, 2022.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE